LESLIE A. PARK, ESQ. (8870)
630 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-3847

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THEREN PHILLIP FRAZIER<br><br>　　　　　Defendant. | Case No.: 2:14-mj-00748-VCF<br><br>**STIPULATION TO CONTINUE PRELMINARY HEARING** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between DANIEL COWHIG, Assistant United States Attorney, and KATHRYN NEWMAN, Assistant United States Attorney and LESLIE A. PARK, ESQ., counsel for Defendant, THEREN PHILLIP FRAZIER; that the preliminary hearing currently scheduled for December 18, 2014 at the hour of 4:00 p.m., be vacated until January 15, 2014, or to a date and time to be set by this Honorable Court.

　　　The Stipulation is entered into for the following reasons:

1. The parties are attempting to resolve the case with a pre-indictment plea and require additional time to negotiate and discuss the terms of the plea.

2. Denial of this request for continuance of the preliminary hearing would prejudice the defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence,

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act,

Title 18, United States Code §§ 3161(b) and 3161(h)(8)(A), considering the factors under Title 18, United States Code § 3161 (h)(8)(B)(I) and (iv).

This is the first request to continue the preliminary hearing date filed herein.

DATED this 12th day of December, 2014.

   /s/ Dan Cowhig                                               /s/ Kathryn Newman  
DAN COWHIG, ESQ.                                   KATHRYN NEWMAN, ESQ.  
Assistant United States Attorney               Assistant United States Attorney

   /s/ Leslie Park  
LESLIE PARK, ESQ.  
Nevada Bar No. 008870  
Attorney for Defendant Theren Phillip Frazier

LESLIE A. PARK, ESQ. (8870)
630 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-3847

# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:14-mj-00748-VCF |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING PRELIMINARY HEARING** |
| THEREN PHILLIP FRAZIER | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled f or December 18, 2014 at 4:00 p.m., be vacated and continued to January 16, 2015 at the hour of 4:00 p.m.

DATED AND DONE this 12th day of December, 2014.

_____
UNITED STATES MAGISTRATRE JUDGE

Respectfully Submitted By:

  /s/ Leslie A. Park
Leslie A. Park, Esq.
Nevada Bar No. 008870
Attorney for Defendant Theren Phillip Frazier