# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
               Plaintiff, )
)
   vs. )
)
THEREN PHILLIP FRAZIER, )
)
            Defendant. )
)
_____ )

Case No.: 2:15-cr-0044-GMN-GWF

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge George Foley, Jr. (ECF No. 85), which states that Defendant Theren Phillip Frazier's Motion to Dismiss for Outrageous Government Conduct (ECF No. 76) should be denied.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 85) is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Outrageous Government Conduct (ECF No. 76) is **DENIED**.

**DATED** this __18__ day of July, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court