UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> THEREN PHILLIP FRAZIER, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:15-cr-0044-GMN-GWF <br><br> **ORDER** |

Before the Court is a Letter, (ECF No. 132), from the United States Bureau of Prisons ("BOP") regarding Defendant Theren Phillip Frazier's ("Defendant's") sentence. The Government filed a Response, (ECF No. 134).

In the instant Letter, the BOP requests that the Court indicate whether it intends for Defendant's sentence to run concurrent with his state term. The Government recommends that Defendant's sentence run concurrent to his state sentence. (Resp. 1:20–23, ECF No. 134).

For good cause appearing,

**IT IS HEREBY ORDERED** that the Court shall retroactively designate Defendant's sentence in the captioned matter to run concurrent to his state sentence referenced in the BOP Letter.

**IT IS FURTHER ORDERED** that the Court shall amended Defendant's judgment accordingly.

**DATED** this 11 day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court