UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00044-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THEREN FRAZIER, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Copy of Amended Judgement (ECF No. 137), filed October 22, 2018. Upon review and consideration, the Court finds good cause exists to grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Copy of Amended Judgement (ECF No. 137) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Court's Amended Judgement (ECF No. 136) to Defendant, Theren Phillip Fraizer Inmate No. 49514-048 located at Victorville Medium I Federal Correctional Institution Inmate Mail/Parcels P.O. Box 3725 Adelanto, CA 92301.

Dated this 24th day of October, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE